# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INVENTEL PRODUCTS, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JIMMY LI, LIN AMY, GODADDY.COM LLC, GODADDY INC., SHOPIFY (USA) INC.SHOPIFY INC., INTER CONNECTS INC., PAYPAL, INC., GOOGLE LLC, WU JINZHAO, JOHN/JANE DOE, ABC CORP.,<br><br>　　　　　　　　　Defendants. | No. 19-cv-9190 |

## PLAINTIFF INVENTEL PRODUCTS, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Plaintiff InvenTel Products LLC ("InvenTel") hereby discloses the information required by the Federal Rules of Civil Procedure 7.1(a). InvenTel has no parent corporation and no publicly held corporation owns 10% or more of InvenTel's stock.

Dated: April 2, 2019

Respectfully Submitted:

*/s/ Jeffrey B. Lubin*
Joseph A. Martin
James T. Hunt
Jeffrey B. Lubin
MARTIN LAW FIRM LLC
10000 Sagemore Drive, Suite 10203
Marlton, New Jersey 08053
Tel: (856) 888-7020
Fax (856) 888-7021
E-mail: jmartin@martinlawfirm.us
　　　　jhunt@martinlawfirm.us
　　　　jlubin@martinlawfirm.us
*Attorneys for Plaintiff, InvenTel Products, LLC*

4814-2731-9953, v. 1